UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>DONOVAN HALL,<br>                    Defendant. | 24 Cr. 708 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court has been informed that Defendant Donovan Hall may wish to enter a change of plea. Accordingly, on **February 20, 2025** at **11:15 a.m.**, a plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge