```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :    NOTICE OF WITHDRAWAL
                                         AND REQUEST FOR
        - v -                       :    ELECTRONIC NOTIFICATION

DONOVAN HALL,                       :    24 CR 708(JHR)


                Defendant.          :
------------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his withdrawal in this case and to delete him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

/S/MARK B. GOMBINER, ESQ.
Assistant Federal Defender
Federal Defenders Of New York
52 Duane Street, 10th Floor
New York, N.Y. 10007
Tel.: (212) 417-8718
mark_gombiner@fd.org

TO:   Attorneys of Record